|  |  |
|---|---|
| EDWARD CONROY | N |
|  | COURT DATE & TIME: AT |
|  | INDEX #: 2:18-CV-04833-JFB-SIL |
| vs.  *Plaintiff* | DATE FILED: 08/27/2018 |
|  | Job #: 486190 |
| BOUCHARD TRANSPORTATION CO INC | Client File# |
|  | MEENAN & ASSOCIATES LLC |
|  | 299 BROADWAY SUITE 1310 |
|  | NEW YORK, NY 10007 |
| *Defendant* |  |

CLIENT'S FILE NO.:                               **AFFIDAVIT OF SERVICE UPON A CORPORATION**

STATE OF NEW YORK: COUNTY OF QUEENS ss:

I, VINCENT VARONE, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 09/10/2018 at 11:10 AM at 58 NORTH SIDE, MELVILLE, NY 11747, deponent served the within SUMMONS IN A CIVIL ACTION WITH COMPLAINT AND ATTACHMENTS

by personally delivering to and leaving with DONNA BLANCHARD for BOUCHARD TRANSPORTATION CO INC, a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY /Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 36 - 50 Yrs., **Approx Weight**: 100-130 Lbs., **Approx Height**: 5' 4" - 5' 8", **Sex**: Female, **Approx Skin**: White, **Approx Hair**: Blonde

Sworn to before me on 09/11/2018
DEBRA A SCOTT 01SC6137374
Notary Public State of NEW YORK
QUEENS County, Commission Expires 11/21/21

_____
VINCENT VARONE

*Supreme Judicial Services, Inc. 371 Merrick Road - Rockville Centre, N.Y. 11570 Lic# 1092373*