Attorney(s)   Meenan & Associates LLC
Index #   **2:18-CV-04833-JFB-SIL**
Purchased/Filed: August 27, 2018
State of New York
Court:   U. S. District
County:   Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Edward Conroy

against

Bouchard Transportation Co Inc

Defendant

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: 55 yrs |
|---|---|---|
| COUNTY OF ALBANY ) SS | | |
| CITY OF ALBANY   ) | Weight: 120 lbs  Height: 5' 1"  Sex: Female  Color of skin: White | |
| | Hair color: Brown   Other: | |

Robert Guyette, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on September 12, 2018, at 12:49 PM, at the office of the Secretary of State of the State of NY located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served Summons in A Civil Action & Complaint

on

**Bouchard Transportation Co Inc**

the Defendant in this action, by delivering to and leaving with Nancy Dougherty AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

12th day of September 2018

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Robert Guyette

Invoice·Work Order # 1827107
Attorney File #   **Conroy**